<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREDERIC CENILUS, | : |
| | : Civil Action No. 16-7389 (JMV) |
| Petitioner, | : |
| | : |
| v. | : **OPINION** |
| | : |
| CHARLES GREEN, | : |
| | : |
| Respondent. | : |

APPEARANCES:

Frederic Cenilus
354 Doremus Avenue
Newark, NJ 07105
        Acting *pro se*

Durwood Heinrich Riedel
U.S. Department of Justice, Civil Division
P.O. Box 868
Washington, DC 20044
        On behalf of Respondent


**VAZQUEZ,** District Judge

    This matter comes before the Court upon Petitioner's Petition
for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.)
Petitioner has been in detention pursuant to 8 U.S.C. § 1226(c),
detention of a criminal alien pending removal proceedings, since
April 4, 2016. (*Id.*) Respondent filed a letter response asserting
that Respondent does not object to the Court entering an order

remanding this matter to the Immigration Court for a bond hearing under 8 C.F.R. § 1003.19(c).  (ECF No. 6.)

Petitioner is entitled to a bond hearing pursuant to *Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469, 478 (3d Cir. 2015) (holding the Due Process Clause limits the Government's authority to detain an alien under 8 U.S.C. § 1226(c) without a bond hearing because, as the length of detention grows, the burden on the alien's liberty outweighs any justification for detention without consideration of bond.)  The appropriate relief is to order a bond hearing before an Immigration Judge. *See Chavez-Alvarez*, 783 F.3d at 477 n. 12.


An appropriate Order follows.


DATED: February 7, 2017
At Newark, New Jersey


<u>s/ John Michael Vazquez</u>
JOHN MICHAEL VAZQUEZ
United States District Judge